IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

    vs.                                                                                                      No. 1:20-cr-00081-KWR-1

ZECHARIAH FREEMAN,

    Defendant.

## ORDER RESULTING FROM PRETRIAL CONFERENCE

**THIS MATTER** is before the Court following the pretrial conference held on July 21, 2021, which addressed several pending motions. After reviewing the pleadings and hearing the argument of counsel, the Court issued rulings on the record and took some matters under advisement or reserved ruling. For the reasons stated on the record, it is hereby ordered that:

- The Government's first motion in limine **(Doc. 46)** is **GRANTED;**

- The Government's second motion in limine **(Doc. 47)** is **GRANTED**, the Defendant will not be able to inquiry about Jane Doe's past trauma;

- The Court holds in reserve a ruling on the Government's third motion in limine **(Doc. 48)**;

- The Government's fourth motion in limine **(Doc. 49)** is **GRANTED**;

- The Court holds in reserve a ruling on the Government's fifth motion in limine **(Doc. 50);**

- The Government's sixth motion in limine **(Doc. 51)** is **GRANTED**, subject to review during trial;

- The Government's seventh motion in limine **(Doc. 52)** is **GRANTED**;

- The Government's eighth motion in limine **(Doc. 55)** is **GRANTED**;

- The Government's ninth motion in limine (**Doc. 56**) is **GRANTED**;

- Defendant's first motion in limine (**Doc. 59**) is **GRANTED**;

- Defendant's second motion in limine (**Doc. 60**) is **DENIED**;

- The Court holds in reserve a ruling on the Government's motion to exclude defense trial witnesses (**Doc. 75**); and

- The Court will conduct a *Lafler-Frye* hearing **on Monday, July 26, 2021** at **8:30 a.m.**

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**